GENEVIEVE R. CARRADINE, as Administratrix of the Estate of REED CARRADINE, Deceased, Respondent, *v.* THOMAS TAGGART, Appellant.

*Carradine* v. *Taggart*, 134 App. Div. 967, affirmed.
(Argued January 27, 1911; decided February 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1909, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial in an action to recover for false imprisonment.

*Graham Sumner* for appellant.

*Charles O. Maas* and *Lawrence W. Trowbridge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent : VANN, J.